Fill in this information to identify the case:

Debtor 1: Donald G. McKay

Debtor 2: Margie M. McKay
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of California

Case number: 14-12269

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: NNPL Trust Series 2012-1

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 0 4 0 1

Date of payment change:
Must be at least 21 days after date of this notice: 07/01/2018

New total payment: $ 2,762.52
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 501.38     New escrow payment: $ 546.54

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     Notice of Mortgage Payment Change     page 1

| Debtor 1 | Donald | G | McKay | | Case number *(if known)* 14-12269 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X *Sherri Boyer*          Date 05/11/2018
Signature

| Print: | Sherri | | Boyer | Title | Bankruptcy Asset Manager |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | SN Servicing Corporation |
|---|---|

| Address | 323 | 5th Street |
|---|---|---|
| | Number | Street |
| | Eureka | CA  95501 |
| | City | State  ZIP Code |

| Contact phone | 800-603-0836 | | Email | bknotices@snsc.com |
|---|---|---|---|---|

SN Servicing Corporation　　　　　　　Final<br>
323 FIFTH STREET<br>
EUREKA, CA 95501<br>
For Inquiries: (800) 603-0836

Analysis Date: May 09, 2018

DONALD G MCKAY　　　　　　　　　　　　　　　　　　　　　Loan: ▮▮▮▮▮
MARGIE M MCKAY
1130 JAMES RD
BAKERSFIELD CA 93308　　　　　　　　Property Address:
　　　　　　　　　　　　　　　　　　1130 JAMES ROAD
　　　　　　　　　　　　　　　　　　BAKERSFIELD, CA 93308

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Apr 2018 to June 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 2,215.98 | 2,215.98 |
| Escrow Payment: | 501.38 | 546.54 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,717.36 | $2,762.52 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2018 |
| Escrow Balance: | 1,405.50 |
| Anticipated Pmts to Escrow: | 1,002.76 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,408.26 |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 0.00 | 0.00 |
| Apr 2018 |  | 408.74 |  |  | * Escrow Only Payment | 0.00 | 408.74 |
| Apr 2018 |  | 498.38 |  |  | * | 0.00 | 907.12 |
| May 2018 |  | 498.38 |  |  | * | 0.00 | 1,405.50 |
|  |  |  |  |  | Anticipated Transactions | 0.00 | 1,405.50 |
| May 2018 |  | 501.38 |  |  |  |  | 1,906.88 |
| Jun 2018 |  | 501.38 |  |  |  |  | 2,408.26 |
|  | $0.00 | $2,408.26 | $0.00 | $0.00 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $0.00. Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

SN Servicing Corporation                    Final
For Inquiries: (800) 603-0836

Analysis Date: May 09, 2018

DONALD G MCKAY                                                            Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,408.26 | 2,702.96 |
| Jul 2018 | 521.98 | | | 2,930.24 | 3,224.94 |
| Aug 2018 | 521.98 | | | 3,452.22 | 3,746.92 |
| Sep 2018 | 521.98 | | | 3,974.20 | 4,268.90 |
| Oct 2018 | 521.98 | | | 4,496.18 | 4,790.88 |
| Nov 2018 | 521.98 | | | 5,018.16 | 5,312.86 |
| Dec 2018 | 521.98 | 1,472.88 | County Tax | 4,067.26 | 4,361.96 |
| Dec 2018 | | 3,318.00 | Homeowners Policy | 749.26 | 1,043.96 |
| Jan 2019 | 521.98 | | | 1,271.24 | 1,565.94 |
| Feb 2019 | 521.98 | | | 1,793.22 | 2,087.92 |
| Mar 2019 | 521.98 | | | 2,315.20 | 2,609.90 |
| Apr 2019 | 521.98 | 1,472.87 | County Tax | 1,364.31 | 1,659.01 |
| May 2019 | 521.98 | | | 1,886.29 | 2,180.99 |
| Jun 2019 | 521.98 | | | 2,408.27 | 2,702.97 |
| | $6,263.76 | $6,263.75 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,043.96. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $1,043.96 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $2,408.26. Your starting balance (escrow balance required) according to this analysis should be $2,702.96. This means you have a shortage of $294.70. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $6,263.75. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 521.98 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 24.56 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $546.54 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $2,737.96 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

1 Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2 Kristin A. Zilberstein (SBN 200041)
3 Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
4 Santa Ana, CA 92705
5 Ph: (949) 427-2010
Fax: (949) 427-2732
6 mghidotti@ghidottilaw.com

7 Authorized Agent for Creditor
NNPL Trust Series 2012-1
8

9                   UNITED STATES BANKRUPTCY COURT
10          SOUTHERN DISTRICT OF WEST VIRGINA – HUNTINGTON DIVISION
11

| | |
|---|---|
| In Re: | CASE NO.: 3:13-bk-30613 |
| DONALD G MCKAY and MARGIE M MCKAY, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On June 4, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>DONALD G MCKAY<br>1130 James Road<br>Bakersfield, CA 93308<br><br>**Debtor**<br>MARGIE M MCKAY<br>1130 James Road<br>Bakersfield, CA 93308<br><br>**Debtor's Counsel**<br>Leonard K. Welsh<br>4550 California Ave 2nd Fl<br>Bakersfield, CA 93309 | **Chapter 13 Trustee**<br>Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729-8950<br><br>**U.S. Trustee**<br>Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 4, 2018 at Santa Ana, California

/*s / Lora Amundson*/
Lora Amundson

2
CERTIFICATE OF SERVICE